```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
```
_____

| | |
|---|---|
| **TERRY WILLIAMS,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 16-2954-SHM-tmp |
| | ) |
| **CONN APPLIANCES, INC.,** | ) |
| | ) |
|     Defendant. | ) |

_____

**ORDER GRANTING UNOPPOSED MOTION TO STAY LITIGATION PENDING ARBITRATION**
_____

Before the court is plaintiff Terry Williams' Motion to Stay Litigation Pending Arbitration (the "Motion"), filed on December 23, 2016. (ECF No. 8.) Counsel for defendant Conn Appliances, Inc., has confirmed that the Motion is unopposed. (See ECF No. 11 (e-mail from Stefanie Jackman).) The Motion is GRANTED, and the case is hereby STAYED in its entirety pending the arbitration of Williams' TCPA claim.

IT IS SO ORDERED.

                                        s/Tu M. Pham
                                        TU M. PHAM
                                        United States Magistrate Judge

                                        January 20, 2017
                                        Date